UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

| | |
|---|---|
| J.H., a minor child, by his parents and natural guardians, Heather Heath and Gregory Heath, and Heather Heath and Gregory Heath, individually,<br><br>                  Plaintiffs,<br><br>vs.<br><br>Mayo Clinic Rochester d/b/a Mayo Clinic a/k/a Rochester Methodist Hospital; Keith L. Johansen, M.D.; and Larisa P. Gavrilova Jordan, M.D.,<br><br>                  Defendants. | Court File No. 08-cv-196 (RHK/JSM)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

---

The parties in the above matter, through their counsel, hereby stipulate to entry of judgment dismissing with prejudice all claims against defendants Keith L. Johansen, M.D. and Larisa P. Gavrilova Jordan, M.D.

Dated: __1/20__, 2009.          By: _____
                                                          Reid G. Rischmiller, # 91911
                                                          333 South Seventh Street, Suite 420
                                                          Minneapolis, MN 55402
                                                          Telephone: (612) 339-7075
                                                          reidrischmiller@qwest.net

                                                          Attorney for Plaintiffs

Dated: __1/12__, 2009.        DORSEY & WHITNEY LLP


By _____
William R. Stoeri #140880
Heather M. McCann #0386881
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
stoeri.william@dorsey.com
mccann.heather@dorsey.com

Attorneys for Mayo Defendants

OF COUNSEL:
Joshua B. Murphy, Esq.
Legal Department
Mayo Clinic
200 First Street SW
Rochester, Minnesota 55905


LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: _____    _____

United States District Judge